**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GARY V. JENKINS, )
)
       Plaintiff, )
)     Civil Action No. 23-02664 (UNA)
       v. )
)
OFFICE OF THE PRESIDENT OF )
THE UNITED STATES *et al.*, )
)
       Defendants. )

## MEMORANDUM OPINION

This action, brought *pro se*, is before the Court on review of Plaintiff's Complaint, ECF No. 1, and application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring immediate dismissal of a case upon a determination that the complaint fails to state a claim on which relief may be granted).

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Still, *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citation omitted).

Plaintiff, a resident of Jonesboro, Georgia, has sued the Office of the President of the United States and President Joe Biden.  In the one-page complaint, Plaintiff "avers that Defendants are assaulting" him.  He states that "Fourteenth Amendment rights violations include: 1) Invidious desparate [sic] treatment, 2) Producing false medical records, 3) Human Rights violations" and indicates that he has "suffered . . . lost productivity [and] mental exhaustion."  Plaintiff seeks an immediate "Internship," but he has not identified the basis of jurisdiction and alleged facts establishing any entitlement to relief.  Consequently, this case will be dismissed by separate order.


_____/s/_____
JIA M. COBB
Date:  October 19, 2023                    United States District Judge

2